# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. AUSTIN C. HINES,<br><br>2. JOSEPH NORRIS<br><br>     Plaintiffs, on behalf of<br>     themselves and others similarly situated,<br><br>v.<br><br>1. CONTINENTAL RESOURCES, INC.<br><br>     Defendant. | )<br>)<br>)<br>)   Case No. CIV-21-109-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 21ST DAY OF DECEMBER 2022.**

| s/ Amber L. Hurst | s/Lori Fixley Winland |
|---|---|
| Mark E. Hammons, OBA No. 3784 | *(signed by filing counsel with permission)* |
| Amber L. Hurst OBA No. 21231 | Samuel R. Fulkerson, OBA # 14370 |
| Brandon D. Roberts, OBA No. 34012 | Lori Fixley Winland, OBA # 32159 |
| HAMMONS, HURST & ASSOCIATES | OGLETREE, DEAKINS, NASH, |
| 325 Dean A. McGee Avenue | SMOAK & STEWART, P.C. |
| Oklahoma City, Oklahoma 73102 | The Heritage Building |
| (405) 235-6100; (405) 235-6111 (fax) | 621 N. Robinson Ave., Ste. 400 |
| amber@hammonslaw.com | Oklahoma City, OK 73102 |
| *Attorneys for Plaintiff* | Telephone: (405) 546-3774 |
| | Facsimile: (405) 546-3775 |
| | sam.fulkerson@ogletree.com |
| | lori.winland@ogletree.com |
| | *Counsel for Defendant* |